IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FRED L. ANDERS : | |
| : | |
| Petitioner(s) : | |
| : | Case Number: 1:05-cv-00132 (Lead) |
| : | 2:05-cv-00512 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| OHIO ADULT PAROLE AUTHORITY : | |
| : | |
| Respondent(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court ADOPTS the Magistrate Judge's Report and Recommendation in its entirety (doc. 13), and thereby DENIES WITH PREJUDICE Petitioner's Writ of Habeas Corpus.  The Court does DOES NOT issue a certificate of appealability in this consolidated case.  Finally, the Court certifies, pursuant to 28 U.S.C. 1915(a)(3) that an appeal of this Order would not be taken in "good faith" and therefore DENIES petitioner leave to appeal in forma pauperis.

11/29/06                                                                James Bonini, Clerk


                                                                        s/Kevin Moser
                                                                        Deputy Clerk